UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| In the Matter of the Application of | No. C 14-80076 EMC (LB) |
| ACTION AND PROTECTION FOUNDATION; DANIEL BODNAR, | **NOTICE OF REFERRAL AND ORDER RE: DISCOVERY PROCEDURES** |
| For an Order to Conduct Discovery for Use in a Foreign Legal Proceeding pursuant to 28 U.S.C. § 1782. | |
| _____/ | |

The district court has referred Action and Protection Foundation and Daniel Bodnar's ex parte application for an order to conduct discovery for use in a foreign legal proceeding pursuant to 28 U.S.C. § 1782 (the "Application"), filed on February 28, 2014, which is a discovery matter, and all other discovery matters, to the undersigned for resolution. Order Referring Case, ECF No. 6. The court **SETS** a telephonic status conference for **Thursday, March 27, 2014, at 11:00 a.m.** to discuss the procedures for addressing the Application, including whether the applicants should serve it on Cloudfare, Inc. and Bela Varga. The court's inclination is that service is appropriate given the nature and potential scope of the subpoena. Another procedural issue is whether—after service of the Application—the parties should meet and confer in accordance with the court's ordinary discovery procedures that are set forth in the standing order (attached). The parties may appear at the telephonic status conference via CourtCall.

C 14-80076 EMC (LB)
ORDER

**IT IS SO ORDERED.**

Dated: March 14, 2014

_____
LAUREL BEELER
United States Magistrate Judge

United States District Court
For the Northern District of California

C 14-80076 EMC (LB)
ORDER                              2