1  MICHAEL A. SWEET (State Bar No. 184345)
   msweet@foxrothschild.com
2  JACK PRAETZELLIS (State Bar No. 267765)
   jpraetzellis@foxrothschild.com
3  FOX ROTHSCHILD LLP
   235 Pine Street, Suite 1500
4  San Francisco, CA 94104
   Tel: (415) 364-5540 / Fax: (415) 391-4436
5
   JAMES F. LOWY ESQ. *(Admitted Pro Hac Vice)*
6  Donaghy Lowy LLC – Attorneys at Law
   3907 Henderson Blvd. – 2nd Floor
7  Tampa, FL  33629
   Tel: (813) 288-9525 / Fax: (813) 282-0384
8  Email:  jameslowy@Fla-attys.com

9
   Attorneys for Applicant
10 ACTION AND PROTECTION FOUNDATION
   AND DÁNIEL BODNÁR
11

12                 THE UNITED STATES DISTRICT COURT

13            IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

14 | In the Matter of the Application of | Case No.: C 14-80076 EMC (LB)
15 |                                      |
16 | ACTION AND PROTECTION                | **ACTION AND PROTECTION
   | FOUNDATION; DÁNIEL BODNÁR            | FOUNDATION AND DANIEL
17 |                                      | BODNAR'S STATUS CONFERENCE
   | For an Order to Conduct Discovery for Use in a | STATEMENT** ; ORDER
18 | Foreign Legal Proceeding pursuant to 28 |
   | U.S.C. § 1782.                       | Date:   March 27, 2014
19 |                                      | Time:   11:00 a.m.
                                            Place:  Courtroom C – 15th Floor
20                                          Judge:  Mag. Judge Laurel Beeler

21

22

23

24

25

26

27

28

STATUS CONFERENCE STATEMENT                                CASE NO. C 14-80076 EMC (LB)

ACTION AND PROTECTION FOUNDATION and DÁNIEL BODNÁR ("Applicants") respectfully submit the following status conference statement in advance of the March 27, 2014 status conference concerning the Ex Parte Application for an Order Under 28 U.S.C. § 1782 for Issuance of Subpoenas to Bela Varga and Cloudflare Inc. for Taking of Depositions and Production of Documents for Use In a Foreign Proceeding and Criminal Investigations (the "Application").

Applicants take no issue with the Court's suggestion that Cloudflare Inc. and Bela Varga (collectively, the "Non-parties") be served. In furtherance of the Court's suggestion, Applicants propose the following:

Applicants shall endeavor to complete service on the Non-parties by April 1, 2014 and shall file a proof of service when service has been accomplished. Assuming service is accomplished by April 1, 2014, Applicants propose the following schedule for the Application:

Opposition brief (if any): filed on or before April 15, 2014;

Reply brief (if any): filed on or before April 22, 2014;

Hearing on application (if any): April 28, 2014 (or other date thereabout convenient to the Court).

Respectfully submitted,

FOX ROTHSCHILD LLP

Dated: March 25, 2014          /s/ Jack Praetzellis
                                JACK PRAETZELLIS
                                Attorneys for Attorneys for Applicant
                                ACTION AND PROTECTION
                                FOUNDATION AND DÁNIEL BODNÁR

The court adopts the briefing schedule. Motion Hearing for Application set for May 8, 2014 at 9:30 a.m. Motion Hearing set for March 27, 2014 at 11:00 a.m. is VACATED.
Dated: March 26, 2014

APPROVED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA